# EXHIBIT A

Adriana Johnson – 15642
Alecia Johnson – 18432
JOHNSON LEGAL GROUP, PLLC
5957 South Redwood Road, Suite 101
Taylorsville, UT 84123
Telephone: (385) 626-0026
Email: adrianaj@aajohnsonlegal.com
aleciaj@aajohnsonlegal.com
*Attorneys for Plaintiffs*

IN THE FOURTH JUDICIAL DISTRICT COURT
IN AND FOR UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| **PHILLIP HARKER and KRISTIE HARKER,**<br><br>Plaintiffs,<br><br>vs.<br><br>**TRAVELERS COMMERCIAL INSURANCE COMPANY, a corporation,**<br><br>Defendant. | **COMPLAINT AND JURY DEMAND**<br>**(Tier 2)**<br><br>**Case Number**<br><br>**Judge:** |

Plaintiffs PHILLIP HARKER and KRISTIE HARKER (hereinafter "Plaintiffs"), hereby complains and alleges against Defendant, TRAVELERS COMMERICAL INSURANCE COMPANY (hereinafter "Defendant") as follows:

## PARTIES

1. Plaintiffs are individuals who, at all times, have resided in Utah County, State of Utah.

2. Defendant is an insurance corporation that regularly conducts business in the State of Utah and conducted business with Plaintiffs in the State of Utah.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this matter pursuant to Utah Code

Ann. § 78A-5-102.

4. Venue is proper pursuant to Utah Code Ann. §§ 78B-3-304 and 307.

## FACTUAL ALLEGATIONS

5. Plaintiffs are the owners of real property located at 5104 Old Oak Lane, Highland, Utah 84003 (the "Property").

6. Defendant issued Plaintiff a homeowners insurance policy, bearing Policy Number 993286705 637 1 and effective dates of coverage from October 25, 2021 through October 25, 2022 (hereinafter "Policy"). A copy of the Policy's declaration pages is attached hereto as **Exhibit "A."**

7. The Policy is an "all-risk" insurance policy covering all fortuitous losses unless explicitly excluded or caused by fraud.

8. Plaintiffs are listed as the named insured under the Policy.

9. During the effective dates of the Policy, the Property suffered direct physical loss from the perils of wind.

10. Plaintiffs timely notified Defendant of the damages to the Property.

11. Defendant assigned Claim Number I4U1172001H to Plaintiffs' claim.

12. Defendant's agent(s) inspected the Property during its claim investigation.

13. Plaintiffs complied with all of the Policy's post-loss duties and obligations.

14. Defendant accepted coverage for certain damages at the Property; however, Defendant determined the covered damages fell below the Policy's $1,000.00 deductible and no indemnity payments were issued.

15. Defendant failed to properly indemnify Plaintiffs for all covered damages, including but not limited to, viable repairs and/or replacement of the roof, related roof components,

damages incurred in making repairs, ensuing interior water damages and/or Ordinance and Law coverage.

16. Plaintiffs were forced to hire a public adjuster to assist with the claim.

17. Plaintiffs' public adjuster provided Defendant with photographs of the damages to the Property as well as a detailed estimate to repair all covered damages.

18. Plaintiffs' public adjuster's estimate of the amount of loss exceeded the Policy's deductible.

19. Defendant breached the Policy and Utah law by, *inter alia*, (1) failing to properly indemnify Plaintiffs for all covered damages, including repairs and/or replacement of the roof and related roofing components, (2) failing to indemnify Plaintiffs for roofing damages incurred while complying with the duty to make reasonable and necessary repairs to protect the property, (3) failing to fully indemnify Plaintiffs for interior, ensuing water damages; and (4) failing to fully indemnify Plaintiffs for all damages to the roof of the Property, including Ordinance and Law Coverage.

20. In the handling of the Claim, Defendant failed to adhere to the minimum standards for prompt, fair and equitable claim settlement as set forth in Utah Administrative Code R590-190, including, but not limited to:

   a) Refusing to pay a claim without conducting a reasonable investigation;

   b) Offering a first party claimant substantially less than a claim's reasonable value as established by an independent source;

   c) Failing to fully disclose to Plaintiffs all pertinent benefits, coverages, and other provisions of an insurance policy under which a claim is presented;

   d) Refusing to pay reasonably incurred expenses to an insured when such

       expenses resulted from a delay, as prohibited by these rules in claims settlement or claims payment;

    e) Failing to pay interest at the legal rate, as provided in Title 15, Utah Code, upon amounts that are overdue under these rules;

    f) Failing to make payment on the loss acknowledged within the time required; and

    g) Failing to provide for repairs.

21. In total, Plaintiffs are entitled to recover at least $118,075.54, plus additional damages for ensuing, interior water damages, from Defendant plus public adjuster costs, attorney fees, interest and costs. (*See Taylor v. State Farm,* Case 1:22-cv-00101-RJS-DBP, Memorandum Decision and Order, September 2024).

### FIRST CAUSE OF ACTION
### (Breach of Contract)

22. Plaintiffs re-allege and incorporate by reference the allegations in Paragraphs 1-21.

23. The Policy constitutes a valid and enforceable contract setting forth the obligations between Plaintiffs and Defendant.

24. Plaintiffs are entitled to full payment for covered losses under the Policy.

25. Defendant has materially breached the Policy by, among other things, failing to timely and fully pay Plaintiffs for covered losses.

26. Defendant's actions and inactions in responding to, evaluating, and handling the Claim constitutes bad faith under Utah law.

27. Defendant's actions and inactions caused Plaintiffs to hire a public adjuster and attorney as contemplated by the Policy.

28. As a direct and proximate result of Defendant's bad faith actions and breach of the Policy, as described above, Plaintiffs have incurred, and continue to incur, significant damages.

29. Plaintiffs are therefore entitled to judgment against Defendant as set forth below in the Prayer for Relief, including attorney's fees and public adjuster fees. (*See Taylor v. State Farm,* Case 1:22-cv-00101-RJS-DBP, Memorandum Decision and Order, September 2024).

### SECOND CAUSE OF ACTION
**(Breach of Duty of Good Faith and Fair Dealing)**

30. Plaintiffs reallege and incorporate by reference the allegations in all prior paragraphs.

31. Defendant's actions and inactions in responding to, evaluating, and handling the Claim constitutes bad faith under Utah law.

32. Defendant breached the duty of good faith and fair dealing in the following respects:

    a. Failing to properly investigate the Claim, as indicated above·

    b. Failing to fairly evaluate the Claim, as indicated above;

    c. Failing to promptly pay and settle the Claim, as indicated above;

    d. Failing to comply with Utah law regarding the handling of the Claim as indicated above;

    e. Misrepresenting facts regarding policy provisions and coverages;

    f. Failing to deal with its insureds as laymen and not as experts in the subtleties of law and insurance coverages; and

5

    g. Causing Plaintiffs to hire a public adjuster and attorney in order to recover the amounts owed to them (the Policy includes a clause for "Suit Against Us", while the "clause does not explicitly state attorney fees will be awarded to the prevailing party…its inclusion underscores the Policy anticipates the possibility of litigation).

33. These implied duties are based on Utah's claim handling laws set forth above, industry standards for accepted claims adjusting practices, and Utah's common law as set forth in *Canyon Country Store v. Bracey,* 781 P.2d 414 (Utah 1989), *Beck v. Farmers Ins. Exchange,* 701 P.2d 795 (Utah 1985), and Utah MUJI pt Ed.§ 21.7.

34. As a direct and proximate result of Defendant's breach of the duty of good faith and fair dealing as described above Plaintiffs have incurred, and continue to incur, significant damages.

35. Plaintiffs are, therefore, entitled to judgment against Defendant as set forth below in the Prayer for Relief.

### JURY DEMAND

Plaintiffs request a trial by jury.

### PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiffs request relief as follows:

    I.    On Plaintiffs' First Cause of Action: A money judgment against Defendant in an amount to be determined at trial, but at least $118,075.54, plus additional damages for ensuing, interior water damages, from Defendant plus public adjuster costs, attorney fees, interest and costs;

    II.    On Plaintiffs' Second Cause of Action: A money judgment against

Defendant in an amount to be determined at trial.

    III.    For such other relief as the Court deems proper.

DATED this 8th day of June, 2025.

JOHNSON LEGAL, PLLC

/s/ **Adriana Johnson**
Adriana Johnson
Attorneys for Plaintiffs

# EXHIBIT "A"



**CONTINUATION DECLARATIONS**

# High Value Homeowners Policy

## INSURED AND AGENT INFORMATION

**(Named Insured)**
**Name and Mailing Address**
PHILIP HARKER
KRISTIE HARKER
5105 OLD OAK LN
HIGHLAND UT 84003-9486

**Agent Information**
TRAVELERS
PO BOX 59059
KNOXVILLE, TN   379509059

**The Residence premises is located at**
5105 W OLD OAK LN
HIGHLAND        UT 840039486

**Mortgagee Name and Address**
1. BANK OF AMERICA, NA
   ISAOA/ATIMA
   PO BOX 961291
   FORT WORTH    TX 76161
   LOAN NUMBER 0405328400

## POLICY INFORMATION

**Homeowners Policy No.**
993286705 637 1

**Policy Period**
10/25/21 - 10/25/22    12:01 A.M.
Standard Time at the residence premises

**Your Insurer**
Travelers Commercial Insurance Company
One of The Travelers Property Casualty Companies
One Tower Square, Hartford, CT 06183

**For Claim Service Call**     1-800-CLAIM33
**For Policy Service Call**    1-800-842-5075

**TOTAL POLICY PREMIUM**                              **$   2,867.00**
**This is not a bill; you will be invoiced separately.**

Continued on next page

**TRAVELERS**

## POLICY COVERAGES AND LIMITS OF LIABILITY

|  | LIMIT |
|---|---|
| **Section I - Property Coverages** | |
| A - DWELLING | $ 846,000 |
| B - OTHER STRUCTURES | $ 84,600 |
| C - PERSONAL PROPERTY | $ 634,500 |
| D - LOSS OF USE | $ 423,000 |
| | |
| LIMITED FUNGI, OTHER MICROBES OR ROT REMEDIATION | |
| Section I - Property Coverage | $ 5,000 |
| | |
| **Section II - Liability Coverages** | |
| E - Personal Liability (Bodily Injury and Property Damage) Each Occurrence | $ 500,000 |
| F - Medical Payments to Others Each Person | $ 5,000 |

## POLICY SAVINGS AND DEDUCTIBLES

**Your Savings**
The following credits or discounts reduced your premium: Account Discount, Loss Free Discount, Protective Devices Discount

**Deductibles**                                                              DEDUCTIBLE
Section I  Property Coverages Deductible (All Perils).................. $    1,000

In case of loss under section I, only that part of the loss over the stated deductible is covered.

## OPTIONAL ENDORSEMENTS AND COVERAGES                       LIMIT       PREMIUM
**Optional Endorsements**
HV-20      (11-14) Total Account Benefit Endorsement......................           Included*

## MANDATORY FORMS AND ENDORSEMENTS
HV-3       (10-06) High Value Homeowners Dwelling Form
HV-300 UT  (07-16) Special Provisions - Utah

Continued on next page

**TRAVELERS**

**The Declarations with your Homeowners Policy, HV-3 (10-06), and the optional Endorsements and coverages listed above, form your Homeowners Insurance Policy.**

**\*Note:** The additional cost for any optional endorsement or coverage shown as "Included" is contained in the Total Policy Premium amount.

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

You may be eligible for a policy in a newer product from one of our other Travelers companies. The way we determine the price for a policy is done differently for the newer product. For example, we may use new criteria, such as the building characteristics of your home, or we may use the existing criteria in a different manner. A new product policy might cost you less or more than what you now pay. It may also have different features than your current policy. You may continue with your current policy, or you may request a policy in the new program. We also offer many other ways to save on your premium. Travelers is here to help - so contact your agent or Travelers representative to discuss whether a different Travelers Homeowners insurance policy is right for you.

We have increased the coverage limit on your home by 2.2% to reflect the estimated cost to rebuild your home. This increase is based on information we received from CoreLogic, an independent firm specializing in construction costs. Each home is unique and you know your home best. Your coverage amount may need to be adjusted, higher or lower, based on your home's specific construction details, updates or upgrades. If you disagree with your coverage limit, please contact your Travelers representative or agent who can work with you to help you decide the appropriate amount of insurance for your home and process any necessary adjustments.

Continued on next page

**TRAVELERS**

## For Your Information (continued)

It is important that the information we used to rate your policy is correct. It is your responsibility to make sure that the information on these Declarations is accurate and complete, including checking that you are receiving all the discounts for which you are eligible. To see a full list of discounts offered, including discounts for having multiple policies with us, protecting your home with safety devices and being claim free, go to www.travelers.com/discounts. Once at the website, type in your policy number 9932867056371 and product code HQ2 to view the discounts available. If any of the information on the Declarations has changed, appears incorrect, or is missing, please advise your Travelers agent or representative immediately. Your Travelers agent or representative is also available to review the information on the Declarations with you.

If you have recently replaced your roof it is important that you inform your Travelers Representative.

This is not a bill. You will be billed separately for this transaction.

We use Insurance Score as one factor in determining the premium on our policies. If you would like to have your Insurance Score updated, please call 1-800-842-5075.

Thank you for insuring with Travelers. We appreciate your business. If you have any questions about your insurance, please contact your agent or representative.

These declarations with policy provisions HV-3 (10-06) and any attached endorsements form your Homeowners Insurance Policy. Please keep them with your policy for future reference.

# PRIVACY NOTICE

## Privacy Statement for Individual U.S. Personal Insurance Consumers

Your privacy is important to us. When we quote or sell an insurance policy to a person, we get information about the people and property that we're insuring. This Privacy Notice describes the types of information about you ("personal information") we collect, where we get it, and how we use, share and protect it. It applies to current and former Travelers personal insurance customers in the United States.

A few key points include:

- We collect personal information from you, your agent, and from third parties
- We will not share your personal information with others for their marketing purposes without your permission
- We maintain safeguards designed to help prevent unauthorized use, access and disclosure of personal information

| What type of information do we collect? | You give us most of what we need in the application process. To make sure what we have is correct, or to obtain additional information, we may need to check back with you. For example, you may be asked to give us more details in writing, via e-mail or over the phone. In addition, we may obtain other information, including but not limited to the following:<br><br>- Information from consumer reporting agencies and other insurance support organizations to the extent permitted by law. This may include items such as credit history, credit-based insurance score, driving record, accident and motor vehicle conviction history, and claim history. Information given to us by an insurance support organization, including consumer reporting agencies, may be retained by them and disclosed to others.<br><br>- Your past insurance history, including information about your policies and claims, from insurance support organizations or your former insurers.<br><br>- Information regarding your property. We may obtain this through third party reports and through a property inspection. We or an independent inspector may visit the property to inspect its condition, or we may use an unmanned aircraft system. We may obtain geospatial information, and take pictures or video. If we need more details about the property, we may need to schedule an interior inspection.<br><br>- Information from government agencies or independent reporting companies.<br><br>- Other third party data relating to the insured risk, such as possible drivers and vehicles associated with your household and odometer readings associated with any vehicle(s).<br><br>- In some instances, we may need to know about your health. For example, if we need to know whether a physical limitation will affect your ability to drive, we may ask for a statement from your doctor. |
|---|---|

| | |
|---|---|
| **How do we use your personal information?** | We use the personal information we collect to sell, underwrite and rate, service and administer insurance; to handle claims; to create and market products and services; to prevent and detect fraud; to satisfy legal or regulatory requirements; and for other business purposes and as otherwise allowed by law. |
| | Once you're insured with us, we will retain details about your policy(ies). This may include, among other things, bill payment, transaction or claim history and details, as well as other information. |
| | When you give us a telephone number, you consent to being contacted at that number, including if the number is for a cell phone or other wireless device. We may contact you in person, by recorded message, by the use of automated dialing equipment, by text (SMS) message, or by any other means your device is capable of receiving, to the extent permitted by law and for reasonable business purposes, including to service your policy or alert you to other relevant information. |
| **How do we share your personal information?** | We do not give or sell your personal information to nonaffiliated third parties for their own marketing purposes without your prior consent. |
| | We may give the personal information we collect to others to help us conduct, manage or service our business. When we do, we require them to use it only for the reasons we gave it to them. We may give, without your past permission and to the extent permitted by law, personal information about you to certain persons or organizations such as: your agent or insurance representative; our affiliated property and casualty insurance companies; independent claim adjusters or investigators; persons or organizations that conduct research; insurance support organizations (including consumer reporting agencies); third party service providers; another insurer; law enforcement; state insurance departments or other governmental or regulatory agencies; or as otherwise required or permitted by law. Information we share with insurance support organizations, such as your claims history, may be retained by them and disclosed to others. |
| | We may also share your personal information: to comply with legal process; to address suspected fraud or other illegal activities; or to protect our rights, privacy, safety or property, and/or that of you or others. |
| **How do we protect your personal information?** | We maintain physical, electronic and administrative safeguards designed to help protect personal information. For example, we limit access to personal information and require those who have access to use it only for legitimate business purposes. |

| | |
|---|---|
| **How can I review and correct the personal information you have about me?** | If you have questions about what personal information we maintain about you, please make your request in writing and include your full name, mailing address, phone number and policy number. When we receive your written request, we will respond within thirty (30) business days. We will describe the personal information we maintain, whom we know we've shared it with in the last two (2) years, and how you may request a correction, if necessary. If we requested a consumer report, we will tell you the name and address of the consumer reporting agency.<br><br>You may also see and copy the information we have, except for certain documents about claims and lawsuits. If you believe our information is incorrect, let us know in writing. We will review it, and, if we agree, we will correct it, notify you, and send a correction letter to anyone who received the original information. If we do not agree, you are allowed to file a letter with your comments.<br><br>For questions about the right of access or correction to your information, please write to: Travelers, One Tower Square, Hartford, CT 06183, Attn: Privacy Office. |

This notice is given by The Travelers Indemnity Company and its personal insurance property casualty affiliates.

This notice may be amended at any time. The most current version will be posted on Travelers.com.

A statement concerning our use of Insurance Score is available on request for Oregon residents.

# Water
## Water
### Everywhere ...

### Am I protected from Flood?  PROBABLY NOT!

Flooding occurs in EVERY state!  Many people find out too late that they are at risk for flooding, and even worse that their property insurance doesn't cover flood damage.

- Your Homeowners policy DOES NOT cover flood loss to your home and contents.
- In certain areas, the chance of a flood loss is 25% greater than a loss due to a fire during a 30-year mortgage.
- Six out of every ten declared disasters involve flooding!
- Homes in areas where there is new construction or where there have been other events, such as forest fires, may be in greater danger than in the past because of changes to the land around them.
- 25% of all floods occur <u>outside</u> of a high-risk flood area.
- Federally backed mortgages in certain areas require flood insurance policies for the life of the mortgage.

To ensure that your property and belongings are protected, call your **independent insurance agent**.

Even if you already have a flood policy, you may want to discuss coverages with your agent to ensure that your policy is up to date.



PL-8206  Rev. 09-08

003037/00379  F3115CH4  0076  09/07/21