# EXHIBIT B

```
              FOURTH JUDICIAL DISTRICT - PROVO DISTRICT COURT
                        UTAH COUNTY, STATE OF UTAH


           PHILLIP HARKER et al. vs. TRAVELERS COMMERCIAL INSURANCE
CASE NUMBER 250402806 Contracts
_____

CURRENT ASSIGNED JUDGE
        ROGER W GRIFFIN


PARTIES
        Plaintiff - PHILLIP HARKER
        Represented by: ADRIANA JOHNSON
        Represented by: ALICIA JOHNSON

        Plaintiff - KRISTIE HARKER
        Represented by: ADRIANA JOHNSON
        Represented by: ALICIA JOHNSON

        Defendant - TRAVELERS COMMERCIAL INSURANCE



ACCOUNT SUMMARY
                 Total Revenue Amount Due:            625.00
                               Amount Paid:           625.00
                             Amount Credit:             0.00
                                   Balance:             0.00
        REVENUE DETAIL - TYPE: COMPLAINT 10K-MORE
                                Amount Due:           375.00
                               Amount Paid:           375.00
                             Amount Credit:             0.00
                                   Balance:             0.00

        REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL
                                Amount Due:           250.00
                               Amount Paid:           250.00
                             Amount Credit:             0.00
                                   Balance:             0.00



CASE NOTE



PROCEEDINGS
06-06-2025   Case filed by efiler
06-06-2025   Judge ROGER W GRIFFIN assigned.
06-06-2025   Note: discovery tier set to 2
06-06-2025   Filed: Complaint and Jury Demand
06-06-2025   Filed: Exhibit  A
06-06-2025   Fee Account created Total Due: 375.00
06-06-2025   Fee Account created Total Due: 250.00
06-06-2025   Filed: Return of Electronic Notification


07-01-2025 12:43 PM                                          Page 1 of 2
```

```
CASE NUMBER 252900532 Civil Miscellaneous
06-09-2025    COMPLAINT 10K-MORE Payment Received:   375.00
06-09-2025    JURY DEMAND - CIVIL Payment Received:  250.00
```